CONRAD OLSEN et al., Appellants, *v.* BROOKLYN ASH REMOVAL CO., INC., Respondent.

(Submitted October 7, 1935; decided October 22, 1935.)

*Isidore Beerman* for appellants.

*Josiah A. Stover* for respondent.

Order affirmed, with costs, and question certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Not sitting: LEHMAN, J.